Western District
WACO Division

FILED
February 17, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: SM
DEPUTY

1 -

2.12.23
( Mailed 2.13.23 )

6:23-cv-135

I am writing of a severe matter of importance... For 4 years I have been filing grievances on a matter of Attempted murder, Rape, sexual assault of a man who breached security by manipulating Software and purchased TDCJ Cameras from a Lieutenant for $1000..

Said man Linked his virtual reality software to TDCJ and now resides in the cameras. This man 4 years ago came to visit me inside a safekeeping ward (protective housing) and explained how with 3 games he can talk to me without A Cellphone and illegally prostitute me by performing sexual acts all around the unit. He said he was A transgender female & had accomplices inside & around gatesville to record sexual explicit video

I have been connected to this man by camera games, and virtual reality System by my brain & spine.

I have been kidnapped by force & tortured excruciatingly every single day for not performing sexual acts.. to the point where he swelling intestines, testicals, tongue, organs, Prostate ect... He is NOT A TDCJ employee, and user

his friends unknown to come visit me,

I want to press charges but do not know how and all these complaints have fallin on deaf ears.. Not one camra review given & organized Criminal Activity is going on big time.. & they are throwing away my grievences.. saying 'redundant.' time expired. when there is No time expired for Rape, Attempted murder Kidnapp, AGG Assault with illegal use of technology manipulated by camra software. AGG Sexual assault by penetrating my anus with camras..

I have till this day complained of this men stopping my heart with Camras making all kinds of sexual explicit Video by forcing me to masturbate & go around the unit having sexual intercourse with General population offenders &

NOT ONE CAMRA Review HAS BEEN GIVEN. From this DAY till THAT MAN CAME TO SEE ME.. TO PROVE MERIT TO MY CLAIM.

-3-

This man send me pictures from a picture place called (freeprints.com) his phone #, credit card #, cell tower region area can be traced and I have reported this but not one camera review has been conducted.

Injunctions state "As long as I fore warn.. TDCJ has to act.. especially of a matter of breached Security, Kidnapp, Attempted Murder, Rape, Sexual Assault

TDCJ has to act! not the offender

I am a handicapp born with POLAND Syndrome Transgender.. I have brain trama & Bleed from my NOSE, ANUS, Mouth & need to be housed away from camras..

I need help

Tommy Rodriguez
# 1166984

8K
4L6

I need Help!!

Look At this!!!

There is no statute of limitation
I am still Rigged All

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

**Inter-Office Communication**
**Administrative Review and Risk Management**
**Offender Grievance**

**TO: RODRIGUEZ, TOMMY** **DATE: 05/25/2022**

**TDCJ #: 01166982**

**UNIT: AH**

**FROM: Central Grievance Office** **SUBJECT: Improperly Submitted Grievance**

Your documents received in this office have been reviewed and a response is indicated below. Contact the warden, major, chief of classification or a security officer for issues you deem as an emergency; however, are not considered an emergency through the Offender Grievance procedure. **If you need additional information or assistance, you may contact the Unit Grievance Investigator at your unit.**

- ☒ Please utilize the Offender Grievance Procedure to address your concerns.
- ☐ A copy of the Instructions on How to Write and Submit Grievances is enclosed for your information.
- ☒ Policy requires that **all grievances be submitted through your Unit Grievance Investigator within 15 days** of the applicable date.
- ☐ These issues have been reviewed at both steps of the grievance procedure. No other administrative remedies are available to you regarding the issue. Further action by this office is not warranted.
- ☐ If you wish to obtain a copy of a Step 1 grievance, contact your Unit Grievance Investigator via I-60 Request to Authority. The records retention for grievances is three years.
- ☒ Your Step 1 grievance(s) was properly screened. ()
- ☐ Contact the Law Library concerning your requested information or open records request.
- ☐ Records indicate that grievance #_______ is currently under review at Step-1.
- ☐ The use of vulgar language towards staff in your grievance will not be tolerated and may result in disciplinary action being taken by unit administration.
- ☐ This Step 2 appeal is being returned to you without action; however, the unprocessed Step 1 grievance is under review.
- ☐ This Step 2 appeal cannot be processed without the corresponding original, answered Step 1 grievance.
- ☐ You may not submit a Step 2 appeal on a Step 1 grievance that was screened using one of the screening criteria and returned to you unprocessed.
- ☐ You had the option of correcting screened grievance #________ and resubmitting to the unit grievance investigator within 15 days from the date of the returned grievance.
- ☒ It is not permissible to mail your grievances directly to the Central Grievance Office. Submitting your grievances incorrectly may result in your grievable time to expire.
- ☐ This issue was addressed in grievance # _. ***Failing to appeal by filing a step-2 15 days after receiving step-1 response, will result in time being expired. No further action is warranted.**
- ☐ Records indicate that Grievance # _______ was returned to you on ________.

1983 Civil Rights Tort Claim

C.C.

Texas Department of Criminal Justice

3B-19B

# STEP 1 OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | |
| Date Received: | |
| Date Due: | |
| Grievance Code: | |
| Investigator ID #: | |
| Extension Date: | |
| Date Retd to Offender: | |

Offender Name: Rodriguez Tommy TDCJ # 01160882

Unit: AH Housing Assignment: 3B-22B

Unit where incident occurred: AH

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? A H Administration & C.O & Rank When? Repetivley

What was their response? NONE. Av.

What action was taken? N.A MAR 17 2021

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

Filing a grievence on a very dire situation concerns an Ex officer & dirty officers conspiring against me due to some "Past situations" Ex officer said.

A 1983 is being filed because said Ex officer broke into AH unit last late august / september 2020 to come to my cell to verbally threaten me at 19 cell door B-pod. stating all forms of abuse from sexual to violence if I didnt comply with his Recordings of me from a rigged purchased camera "10 & 11" in 1 section. "For 10 months said Ex officer has violently abused me in numerous ways... Ive complained to administration and certain C.O's about this. and been laughed off.

A 1983 civil rights tort claim is being filed against said Ex officer & administration for cruel & unusual punishment; negligence; Rape, [illegible], [illegible] organized crime, and all illegal regarding all [illegible] videos [illegible] [illegible]... I am a Transgender inmate who has been violated of her Prea Rights. and I'm handicapped with No Assaults or fighting cases in 20 YEARS...

DO NOT LOCK ME UP & NO Communication is NOW Needed..

MAR 17 2021

**I-127 Front** (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** (OVER)

C.C. 1983 Civil rights Claim.. JUN 02 2021 **Appendix F**

in Motion.

Please Contact Lynne Sharpe
PREA OMBUDSMEN Director
for more about me

I am a CI for OIG. Contact Warden
Kempt and O.I.G. Chapmin at Michaels-unit.

MAR 1 7 2021

**Action Requested to resolve your Complaint.** Legal Action & Camra Review of Late August / September 2020

**Offender Signature:** [signature] **Date:** 5-12-21

**Grievance Response:**

**Signature Authority:** ______ **Date:** ______

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when the corrections are made.**

- [x] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #______
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** CCollins / CCollins

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** ______

**OFFICE USE ONLY**

Initial Submission UGI Initials: CC
Grievance #: 2021109880
Screening Criteria Used: 1(999)
Date Recd from Offender: 5/17/21
Date Returned to Offender: 5/17/21

**2nd Submission** **UGI Initials:** ______
Grievance #: ______
Screening Criteria Used: ______
Date Recd from Offender: ______
Date Returned to Offender: ______

**3rd Submission** **UGI Initials:** ______
Grievance #: ______
Screening Criteria Used: ______
Date Recd from Offender: ______
Date Returned to Offender: ______

*1983 Civil Rights Tort Claim* Appeal

Appeal

Appeal

* Appeal
Emergency Grievance

**Texas Department of Criminal Justice**

# STEP 2

## OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: |
| UGI Recd Date: |
| HQ Recd Date: |
| Date Due: |
| Grievance Code: |
| Investigator ID#: |
| Extension Date: |

Offender Name: Rodriguez Tommy TDCJ # 01166882

Unit: AH Housing Assignment: 3B-19b

Unit where incident occurred: A.H Unit 3blg B-pod 1 section

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

Injunctive Relief = does not have to wait a tragic [illegible] event such as actual assault to / before obtaining relief
Injuction 3 - Threatened Injury
ONE does not have to await the consumation of threatend injury to obtain PREVENTIVE RELIEF
Injunction - 72, 130, 133, prisoner risk of harm, pleading of PROOF 9A-9b.
** A 1983 is being filed by me Tommy Rodriguez A C.I for O.I.G Chapmin & Warden Kempt frm Michaels-unit on the AH unit when I am now housed. I've asked multiple times for help regarding A serious situation of Ex officer BREACHING SECURITY last Year LAte AUG/Sept 2020 and approaching my cell with multiple threats and rigging me to 10 camra along with a 'RIG' to his phone/tablet/LAptop/.. A C.D Rom computer game Named "MIND EYE", and a play station / softwar game Named "Virtual Reality" hooked together Can access camras along with rigging the player with multiple fundumentals to access false identification. I've written numerous I-60's grievances, etc.. complaining of PROJECTIONS appearing on my cells walls... Yet no one has come to take pictrs

JUN 0 2 2021

Nor investigated ... unusual punishment, Rape, an apart of this issue along with prostitution.

I need 1 Captain & me to Review camera will show this officer who broke into this facility to threaten me and I've been neglected help... A 1983 is now in Motion!

Offender Signature: [signature] Date: 5-24-21

**Grievance Response:**

Signature Authority: ______ Date: ______

Returned because: ***Resubmit this form when corrections are made.***

- ☐ **1. Grievable time period has expired.**
- ☐ **2. Illegible/Incomprehensible.***
- ☐ **3. Originals not submitted. ***
- ☐ **4. Inappropriate/Excessive attachments.**
- ☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**
- ☐ **6. Inappropriate.***

CGO Staff Signature: ______

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ___Screened ___Improperly Submitted

Comments: ______

Date Returned to Offender: ______

**2nd Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ___Screened ___Improperly Submitted

Comments: ______

Date Returned to Offender: ______

**3rd Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ___Screened ___Improperly Submitted

Comments: ______

Date Returned to Offender: ______

All My Complaints of Sexual Assault & Rape

2019-2020-2021-2022-2023



CONTACTED (CALANDERS)

WARDEN LOFTON, 2-23-21

SURVIELLANCE, 2-18-21; 2-19-21

WARDEN LOFTEN, 2-25-21

SURVIELLANCE,2-25-21

PREA OMBUDSMAN,5-07-21

LYNNE SHARP,

GI NAVA REQUESTED CUTS ON ARM PICTURES

LYNNE SHARPE,5-10-21
1983

LYNNE SHARPE,5-13-21

LYNNE SHARPE,5-18-21
I-60 NAMES

PREA/KNOCH,5-24-21

DIRECTOR OF TDCJ, 5-27-21

SGT.CURLE,ON CAMERA
WHEN I TOLD HIM OF 19-CELL ,12:20 TO 1:30 AM(5-5-21
CMR REVIEW ALSO MS.BUCANNON

I WAS LIED TOO,SAID HE WAS CO. I HAVE OUR CONVERSATION FROM "PEN"

100%
EVIDENCE IS ON A CAMERA REVIEW OF EVERY LETTER

3-BLDG,12-BLDG,8-BLDG
AH UNIT,SHOWING ME TURNING THEM IN.

TPI NELL GETTHER 6-1-21

GI NAVA

LYNNE SHARPE6-8-21

LYNNE SHARPE6-21-21

SURVIELLANCE
SGT.SMITH 6-23-21

CAPT.PARKER 6-24-21
MR.RILEY

CAPT.PARKER
BRIAN COLLIER
DIRECTOR OF
TDCJ 6-25-21

PREA COORDINATOR 7-7-21

SGT.COLMAN
TO WARDEN
(A.POLE) 7-31-21

O.I.G. 8-4-/8-5-21

HELMER ,8-9-/8-11-21
(Warden

*CAMERA MUST BE REVIEWED FROM THE TIME TRAVIS CHAPNEY WAS MY CELLIE & AFTERWARDS

(Turn Over)



BLACK & PINK 8-12-21

OIG 8-13-21

OIG
SIMPSON
BIG PACKAGE 8-23-21
STAFFORD ~~ALDESH~~ Al desk

OIG

"JAIME IN CAMERA" 4:50/5:00am

MIND CONTROL BY CAMERA

FRONT BENCH LEFT SIDE TOLD TO STAND UP & SIT DOWN 8-24-21

AN OFFENDER WAS CONTROLLED REALLY FAST

I WAS RIGGED UP WATCH HIS ~~REACH ON~~ Reaction

OIG SIMPSON 8-25-21

SHERRIFF
JUDGE MAILED 9-7-21
D.A.

CORYELL COUNTY

FBI 1-24-22 Cyber Crimes division Houston TX Washington TX

OIG, 1-25-22

OIG, 2-7-22

OIG 2-8-22
(HAND)

CENTRAL GRIEVANCE, 2-22-22

ACLU, 2-28-22

COMMISSIONER LETTER, 3-14-22

MAJOR VOYLES ALSO, 3-21-22

UCC
LETTER X2, 3-30-22

MAJOR WOMEN, 4-1-22

WARDEN

GRIEVANCE, 4-26-22
DRONES

PREA/OIG OMBUDSMAN, 4-28-22

No investigation

Make Copies

Take Screenshot & show Austin my complaints... Where is my Camra Review??

P.g. 2 of 2

Case 6:23-cv-00135-ADA Document 1 Filed 02/17/23 Page 11 of 13



PRE-KNOCH ,5-5-22

HUMAN RIGHTS ,5-10-22
PCVA

PREA
KNOCH 5-12-22

PREA KNOCH 5-13-22
OIG

PREA OMBUDSMAN
DALLAS NEWSPAPER 5-16-22

ACLU TX 5-17-22
FBI

CAMPOS OIG 5-18-22
KNOCH

PREA KNOCH 5-19-22

---

WHITE HOUSE 5-20-22

---

ECHO
NEWSPAPER 5-20-22
HUNTSVILLE

DONNA VASQUEZ 1 5-23-22
PREA OMBUDSMAN
FBI

KNOCH

KNOCH 5-24-22
(HAND)
WARDEN

PREA/SP
SIMPSON OIG 5-25-22
OIG/PREA

SAFETY --LIETNER
LOCK DOWN IN PRISON 5-26-22
SURVIELLENCE,
SGT.SMITH

CAPT.PARKER
~~[illegible]~~ BARNES

UNIT SUPPLY
WARDEN
SUREILLENCE 5-27-22
MEDICAL
HUMAN RIGHTS
GRIEVANCE PREA

PYSCH DEPT
LETTERS 5-31-22
FBI
OIG/KNOCH
TPI

PYSCH DEPT.

GRIEVANCE
STEP-2 6-1-22
TPI

OIG
PREA 6-2-22
TPI

WARDEN 1-9-23
MARTINEZ

*GRIEVANCE
SUPERVISOR 1-10-23
ACOSTA

I have continued till this day.

~~not one~~ Organized Criminal Activity..

*CAMERA MUST BE REVIEWED FROM THE TIME TRAVIS CHAPNEY WAS MY CELLY & AFTERWARDS

Rodriguez Tommy
# 1166982 AH
3201 FM 929
Gatesville Tx
76597

AUSTIN TX 786
RIO GRANDE DISTRICT
15 FEB 2023 PM 2 L

RECEIVED

FEB 17 2023

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______________ DEPUTY CLERK

Western District
WAco Division
800 Franklin Ave, Rm 380
WACO, TX 76701

Legal Mail

76701-193480

*A Severe Matter to the court*

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

2-13-23
Mailed