**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **TOMMY RODRIGUEZ #1166982** | § | |
| | § | |
| **V.** | § | **W-23-CA-135-ADA** |
| | § | |
| **TDCJ, et al.** | § | |

## ORDER

Before the Court are Plaintiff Tommy Rodriguez's complaint and amended complaint. Plaintiff seeks to proceed in forma pauperis. After consideration of Plaintiff's complaint, it is dismissed as frivolous.

At the time he filed his complaint, Plaintiff was incarcerated in the Hughes Unit of the Texas Department of Criminal Justice - Correctional Institutions Division. In his amended complaint, Plaintiff alleges he was:

> visited by a man not associated with TDCJ in any way . . . impersonating an officer, breached security, and rigged up said offender to camera software/manipulated to hack into security system & illegally prostitute said offender in horrifying ways of sexual, physical, mental abuse/assault. . . . Said man tortures me everyday by virtual reality systems, controlling his brain and bowel movements allows him to feel pain afflicted in the virtual reality world but by being connected to offender it becomes physical.

Plaintiff indicates that he has had a camera inserted in his penis, anus, and tongue and he has been made to "vomit, urinate, ejaculate, and defecate" over twenty-three times per day. He also asserts a camera has been wrapped around his "ventrilical mitrol valve" causing his "heart [to] stop in sleep." He further asserts that he has had "no sleep for now over 3 1/2 years," hears "consistent audio in mind," and "every time I close my eyes I can see through his cameras." Plaintiff indicates that he wishes to press criminal charges, needs to be housed away from cameras, and needs a complete physical immediately. Plaintiff sues TDCJ, FBI Cyber Crimes Division, Transpride Initiative, Coryell County Sheriff, Coryell County Judge, Coryell County DA, Human Rights Center, ACLU Texas, Lynne Sharp, the White House, and the United States Justice Department.

An in forma pauperis proceeding may be dismissed sua sponte under 28 U.S.C. § 1915(e) if the court determines the complaint is frivolous, malicious, fails to state a claim upon which relief may be granted or seeks monetary relief against a defendant who is immune from suit. A dismissal for frivolousness or maliciousness may occur at any time, before or after service of process and before or after the defendant's answer. *Green v. McKaskle*, 788 F.2d 1116, 1119 (5th Cir. 1986).

When reviewing a plaintiff's complaint, the court must construe plaintiff's allegations as liberally as possible. *Haines v. Kerner*, 404 U.S. 519 (1972). However, the plaintiff's pro se status does not offer him "an impenetrable shield, for one acting pro se has no license to harass others, clog the judicial machinery with meritless litigation and

abuse already overloaded court dockets." *Farguson v. MBank Houston, N.A.*, 808 F.2d 358, 359 (5th Cir. 1986).

A court may dismiss a claim as factually frivolous only if the facts are "clearly baseless, a category encompassing allegations that are 'fanciful,' 'fantastic,' and 'delusional.'" *Hicks v. Garner*, 69 F.3d 22, 25 (5th Cir. 1995). Plaintiff's claims fall within this category.[1]

It is therefore **ORDERED** that Plaintiff's complaint be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e).

It is further **ORDERED** that Plaintiff is warned filing or pursuing any further frivolous lawsuits may result in (a) the imposition of court costs pursuant to Section 1915(f); (b) the imposition of significant monetary sanctions pursuant to Fed. R. Civ. P. 11; (c) the imposition of an order barring Plaintiff from filing any lawsuits in this Court without first obtaining the permission from a District Judge of this Court or a Circuit Judge of the Fifth Circuit; or (d) the imposition of an order imposing some combination of these sanctions.

It is further **ORDERED** that Plaintiff is warned if Plaintiff files more than three actions or appeals while he is a prisoner which are dismissed as frivolous or malicious or for failure to state a claim on which relief may be granted, then he will be prohibited from bringing any other actions in forma pauperis unless he is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

---

[1] Even if Plaintiff's claims were not fanciful, fantastic, and delusional, his complaint would fail to state a claim. The named Defendants are all either immune or not state entities capable of being sued pursuant to 42 U.S.C. § 1983.

It is further **ORDERED** that all other pending motions are **DISMISSED**.

It is finally **ORDERED** that the Clerk shall e-mail a copy of this order and the final judgment to the keeper of the three-strikes list.

**SIGNED** on March 20, 2023

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE