**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **TOMMY RODRIGUEZ #1166982** | § | |
| | § | |
| **V.** | § | **W-23-CA-135-ADA** |
| | § | |
| **TDCJ, et al.** | § | |

**<u>FINAL JUDGMENT</u>**

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order which dismissed Plaintiff's complaint, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as frivolous.

**IT IS FURTHER ORDERED** that the above entitled cause of action is hereby **CLOSED**.

**SIGNED** on March 20, 2023

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1